No. 755, Misc.   WOOTEN *v.* BOMAR, WARDEN;

No. 933, Misc.   WILLIAMS *v.* RAGEN, WARDEN;

No. 944, Misc.   MOORE *v.* BANNAN, WARDEN;

No. 980, Misc.   SAM *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY;

No. 1006, Misc.   HICKS *v.* PEPERSACK, WARDEN, ET AL.;

No. 1020, Misc.   MILLER *v.* TAYLOR, WARDEN; and

No. 1042, Misc.   WAY *v.* SETTLE, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se.* *George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent in No. 755, Misc.

No. 970, Misc.   FAUBERT *v.* MICHIGAN ET AL.   Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 1023, Misc.   SULLIVAN *v.* DICKSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 497, Misc.   McDANIEL *v.* CAMPBELL, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL.;

No. 876, Misc.   BAXTER *v.* JOHNSON, CLERK, U. S. DISTRICT COURT, ET AL.; and

No. 1000, Misc.   CHAUFFEURS, TEAMSTERS AND HELPERS "GENERAL" LOCAL No. 200 *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL.   Motions for leave to file petitions for writs of mandamus denied. *David Previant* for petitioner in No. 1000, Misc.   *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Duane B. Beeson* filed a memorandum for the National Labor Relations Board in No. 1000, Misc.